3

IN THE UNITED STATES...

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Jonathan Lee Rich A/K/A
Jonathan Riches D/B/A
Secured Party, Plaintiff

V.

United Airlines INC,
Defendant's

"Airline Piracy"

06C 0978

JUDGE KOCORAS

Civil Complaint NO.

MAGISTRATE JUDGE NOLAN

RECEIVED

FEB 2 2 2006

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Complaint

This is a complaint under 42 U.S.C. 1983 Bivens, civil rights violation by the constitution and laws of the United States; Application for a preliminary Injunction temporary order against United Airlines; Federal Tort claims inflicted by that include, but Not limited to: 18 USC 1651 Piracy; 18 USC 1951, 1961 Racketeering; 18 USC 1031 major fraud; 18 USC 878 Extortion; 18 USC 371 Conspiracy; 18 USC 2339, 2332 Terrorism; murder, treason, Torture, Civil rights, Espionage, Assault, Genocide, war crimes, Explosives, Obstruction of Justice, Arson, Sabotage, perjury, Criminal street gangs, Biological Weapons, Concealment, false oaths, Bribery, Slavery, Malicious Mischief, stalking, Identity theft, Psychiatric TRAUMA, INVASION, threats to commit violent acts, false information, Malpractices, Aggravations, Nuisances, Mind Manipulation, poisoning, Negligence, Electronic wiretapping, and Brutality

[ DUE TO RESTRICTIONS ON TYPEWRITERS THIS LAWSUIT WAS HAND WRITTEN ]

Comes now the Plaintiff Jonathan Lee Rich A/K/A Jonathan Riches, in pro-se, moves this Honorable Court to issue an Order for all Defendant's Named in this suit to give a response, As Plaintiff is claiming that his Federal and State Constitution Rights are being violated under the 1st, 2nd, 4th, 5th, 6th, 8th, and 14th amendment of the constitution. Relief requested, Plaintiff seeks 799,000,400,000,030.22 Trillion backed in gold or silver delivered by United Parcel service "UPS" to Federal Correctional Institution Williamsburg, Salters South Carolina, from Defendants,

## Count 1

United airlines is in a vast conspiracy to poison american citizens, including myself, United airlines pilots are releasing chemical contrails from planes in flight throughout the country. Chemicals are released in the air then dropped in communities. Citizens are becoming sick, forcing them to contract Uniform commercial code "U.C.C." with the health care industry, which in return, gives united airlines a cut of medical profit. This racketeering conspiracy has been going on since the late 1970s through today.

• Yesterday 2/14/06 Alone, I witnessed 4 United airline planes above the skies of FCI Williamsburg, Releasing chemicals above, I had to take cover and hide while fellow inmates were exposed. 2/15/06 multiple inmates recieved treatment by medical staff for unknown chemical poisoning, which I witnessed the release the day before by united airline pilots

• United airlines conspiracy with the Uniform commercial code "UCC" sending Subliminal Messaging through the clouds and atmosphere effecting my Neurological wave links, forcing me to "UCC" contract and reserve a airline seat, to steal my identity, my credit card information, making me become

Air sick, exposing me to avian flu. United Airlines is committing treason for the transport of Allegal immigrants, moonshine, drugs on planes to other countries.

## Count 2

United Airlines is conspiring with the U.S. 50 most travel airports. False advertising flights and times, so customers are forced to spend money at the airports upscale retailers and food court. Price gouging clothing, food, books. what the public needs because of united airlines flight cancelation, delay scam. This activity must be reported to the Attorney Generals office and I'm entitled to reward money for the whistle blowing act

## Count 3

United Airline pilots hire illegal immigrants, employees steal reservation credit card information, luggage handlers steal luggage, the flight attendants are in co-vert prostitution, Pilots failed criminal background checks.

## Count 4

united airlines stole my technology on flight manuvering. They share technology with aliens and Irish Republican Army. I've been injured multiple ways: I'm denied a plane ticket, I can't call united airline executives who will answer my complaints, United airlines hired pranksters to harass my family. United airlines is cooking its financial books like Enron did.
U.C.C. 1-308

respectfully,

[signature]