UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

BR

Jonathan Lee Rich,
Plaintiff

V. 06 C 00978

United airlines INC, April 19, 2006
Defendants

FILED

DEC 1 2 2008
Dec 12, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTICE of Appeal

Notice to correct clerical ERROR

Jonathan Lee Riches moves to Appeal the dismissal of this Case to the 7th circuit court of Appeals

Jonathan Lee Riches moves to correct the clerical Error in docketing this case. My name is Jonathan Lee Riches not Rich, this case is to be Riches v. United Airlines Inc, I move this court to change this error and I appeal this case

respectfully

12-6-08

Jonathan Lee Riches
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, SC 29590
843-387-9400