# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

December 16, 2008

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

| |
|---|
| Appellate Case No: 08-4190<br><br>Caption:<br>JONATHAN LEE RICHES,<br>Plaintiff - Appellant<br><br>v.<br><br>UNITED AIRLINES, INC.,<br>Defendant - Appellee |
| District Court No: 1:06-cv-00978<br>District Judge Charles Kocoras<br>Court Reporter Joene Hanhardt<br>Clerk/Agency Rep Michael Dobbins<br><br>Date NOA filed in District Court: 12/12/2008 |

If you have any questions regarding this appeal, please call this office.

CC: Michael W. Dobbins

form name: **c7_Docket_Notice_short_form** (form ID: **188**)