# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

March 30, 2009

***Before***

**William J. Bauer, *Circuit Judge***
**Joel M. Flaum, *Circuit Judge***
**Diane P. Wood, *Circuit Judge***

| | |
|---|---|
| JONATHAN LEE RICHES,<br>Plaintiff-Appellant, | ] Appeal from the United<br>] States District Court for<br>] the Northern District of |
| No. 08-4190 v. | ] Illinois, Eastern Division.<br>] |
| UNITED AIRLINES, INC.,<br>Defendant-Appellee. | ] No. 1:06-cv-00978<br>]<br>] Charles P. Kocoras, Judge. |

O R D E R

On January 7, 2009, the court issued an order requiring that appellant, on or before January 21, 2009, file a brief memorandum stating why this appeal should not be dismissed for lack of jurisdiction. Appellant, however, did not respond to this order. Nor did he respond to the court's show cause order of February 13, 2009. Therefore, on review of the short record,

IT IS ORDERED that this appeal is DISMISSED for lack of jurisdiction.

Rule 4(a) of the Federal Rules of Appellate Procedure requires that a notice of appeal in a civil case be filed in the district court within 30 days of the entry of the judgment or order appealed. In this case judgment was entered on April 19, 2006, and the notice of appeal was filed on December 12, 2008, well over two years late. The district court has not granted an extension of the appeal period, see Rule 4(a)(5), and this court is not empowered to do so, see Fed. R. App. P. 26(b).