# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF RECORD RETURN

May 22, 2009

FILED

MAY 27 2009 TG
May 27, 2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

To: Michael W. Dobbins
UNITED STATES DISTRICT COURT
Northern District of Illinois
Chicago , IL 60604-0000

| | |
|---|---|
| No.: 08-4190 | JONATHAN LEE RICHES,<br>Plaintiff - Appellant<br><br>v.<br><br>UNITED AIRLINES, INC.,<br>Defendant - Appellee |

| Originating Case Information: |
|---|
| District Court No: 1:06-cv-00978 06c0978<br>Northern District of Illinois, Eastern Division<br>District Judge Charles P. Kocoras |

The mandate or agency closing letter in this cause issued on May 22, 2009.
Returned herewith is the record which was transmitted to this court.

RECORD ON APPEAL STATUS: Entire record returned consisting of

Pleadings: 1

Please acknowledge receipt of these documents on the enclosed copy of this notice.

Received above record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

**Date:** May 27, 2009

**Received by:**

form name: **c7_Record_Return_toDC** (form ID: **205**)